1

2                          **UNITED STATES DISTRICT COURT**

3                               **DISTRICT OF NEVADA**

4    YUNG LO,                              )
                                           )
5              Plaintiff,                   )              2:12-cv-01887-APG-PAL
                                           )
6        v.                                 )
                                           )
7    ETT GAMING, *et al.*,                  )              **ORDER**
                                           )
8              Defendant.                   )
                                           )
9    _____      )

10

11        Plaintiff filed an application for leave to proceed *in forma pauperis* (#1) on November 5, 2012.

12   The Magistrate Judge entered an Order (#2) denying the application (#1) without prejudice because

13   Plaintiff submitted an incomplete application that omitted a description of her income.  Plaintiff was

14   granted leave to file a complete application by December 19, 2012.

15        On December 3, 2012, Plaintiff paid the filing fee of $350.00 and filed a complaint (#5) alleging

16   race discrimination and other causes of action against ETT Gaming, Affinity Gaming, Kathy Stuward,

17   and Marta Faliacara.  On January 14, 2013, the Magistrate Judge ordered (#6) Plaintiff to file a

18   Certificate of Interested Parties by January 28, 2013.  That Order plainly explained the requirements of

19   LR 7.1-1.  Plaintiff failed to file any response to the Order (#6), and on February 7, 2013, the Magistrate

20   Judge entered an Order to Show Cause (#7) requiring Plaintiff to show cause, in writing,  why sanctions

21   should not be imposed for Plaintiff's failure to file a Certificate of Interested Parties.  The response to

22   the Order to Show Cause (#7) was due by February 28, 2013.  The Magistrate Judge also granted

23   Plaintiff another opportunity to file the Certificate of Interested Parties by February 28, 2013, and forego

24   having to respond to the Order to Show Cause (#7).

25        On February 19, 2013, Plaintiff filed a document entitled "Motion" (#8), in which Plaintiff states

26   that "[a]bout the Affinity gaming, and ETT Gaming. I need make clear, it written' mistake, need make

27   timing clear, about the Written Warning, it was happen at Affinity Gaming in charge the company, the

28   date begin Jan/01/2011, to 02/28/2012, nothing to do about ETT Gaminf." (Errors in original.)  Plaintiff

     then stated that she had another complaint about ETT, and attached a document describing a further

1   complaint concerning her treatment at the hands of ETT Gaming.  No Certificate of Interested Parties

2   was filed, nor did the Motion (#8) address the Order to Show Cause (#7).  The "Written Warning"

3   Plaintiff is attempting to clarify involves a cause of action in her complaint (#5), and does not appear

4   to refer to the Order to Show Cause (#7).

5          On March 7, 2013, the Magistrate Judge entered a Report and Recommendation (#9),

6   recommending that the case be dismissed unless Plaintiff files the Certificate of Interested Parties no

7   later than March 20, 2013.  The Magistrate Judge notes that Plaintiff has failed to file the certificate or

8   to request an extension of time in which to do so, or otherwise respond to the Order to Show Cause (#7).

9   The Magistrate Judge further notes that Plaintiff's failure to comply with the multiple orders requiring

10  Plaintiff to file a Certificate of Interested Parties has disrupted timely management of the docket, wasted

11  judicial resources, and delayed litigation.

12         On March 11, 12, and 15, Plaintiff filed objections (##10-12) to the Report and Recommendation

13  (#9), or responses to the Order to Show Cause (#7), stating that Plaintiff has already responded to the

14  Order to Show Cause (#7) in filing the Motion (#8).  Plaintiff again attached the Motion (#8), which

15  does not address the issue of the missing Certificate of Interested Parties.  As of this date, Plaintiff has

16  not filed a Certificate of Interested Parties.

17         When a party timely objects to a report and recommendation, the Court is required to make a *de*

18  *novo* determination of the portions of the report to which objection is made.  28 U.S.C. § 636(b)(1).

19  Plaintiff's objections do not address the Report and Recommendation (#9), and Plaintiff has failed to

20  comply with the Local Rules, the Federal Rules of Civil Procedure and the Magistrate Judge's orders.

21  Plaintiff has been  given multiple opportunities to correct this error.  Moreover, the Report and

22  Recommendation (#9) is appropriate under the circumstances of this case.

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

2

**IT IS, THEREFORE, HEREBY ORDERED** that the Report & Recommendation (#9) is **APPROVED AND ADOPTED** and the case is **DISMISSED**.

The Clerk shall enter judgment accordingly.


DATED this 29th day of April, 2013.

_____
United States District Judge