# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YUNG LO,

        Plaintiff,

vs.

ETT GAMING, *et al.*,

        Defendants.

Case No. 12-cv-01887-APG-PAL

**REFERRAL TO PRO BONO PROGRAM**

      This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 to screen for financial eligibility (if necessary) and identify counsel willing to be appointed as pro bono counsel to Plaintiff Yung Lo. The scope of appointment shall be for the limited purposes of (1) effectuating service of the complaint and (2) representing Plaintiff during an Early Neutral Evaluation session pursuant to Local Rule 16-6. By referring this case to the Program, I am not expressing an opinion as to the merits of the case. Accordingly,

      **IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

      **IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

      DATED: November 26, 2014.

                                                 **Andrew P. Gordon**
                                                 **United States District Judge**