FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  ddornak@laborlawyers.com
*Attorneys for Defendants,*
*ETT Gaming, LLC and Affinity Gaming, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YUNG LO,<br><br>       Plaintiff,<br><br>vs.<br><br>ETT GAMING and AFFINITY GAMING,<br><br>       Defendants. | Case No.: 2:12-cv-01887-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' attorneys of record that Defendants ETT GAMING and AFFINITY GAMING will have an extension of time up to and including April 17, 2015 to answer or otherwise respond to Plaintiff's Complaint (docket # 5).  Additional time is needed because the parties are currently working together to determine the appropriate defendant(s) and addressing the various factual allegations that have been raised in numerous filings with the Court. Because Plaintiff filed her Complaint pro se and used a standardized form for Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 and has filed several documents clarifying her Complaint, Defendants need additional time to work with Plaintiff's counsel to address these issues.

/ / /

FPDOCS 30515412.1

1    This is the second request for an extension to file a responsive pleading.

2    DATED:  April 3, 2015                              DATED:  April 3, 2015

3    FISHER & PHILLIPS LLP                         KEMP & KEMP

5    By: /s/David B. Dornak, Esq.                  By: /s/James P. Kemp, Esq.
       Mark J. Ricciardi, Esq.                              James P. Kemp, Esq.
       David B. Dornak, Esq.                              7435 W. Azure Drive
       3800 Howard Hughes Parkway              Suite 110
       Suite 950                                                  Las Vegas, Nevada 89130
       Las Vegas, Nevada  89109                     *Attorneys for Plaintiff*
       *Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 8, 2015