JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff *Pro Bono Publico*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| YUNG LO,<br><br>    Plaintiff,<br><br>vs.<br><br>ETT GAMING and AFFINITY GAMING,<br><br>    Defendants. | Case No.:  2:12-cv-01887-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE ENE SESSION TO JULY 2, 2015 AT 9:00 A.M.** |

## STIPULATION

It is hereby stipulated by and between the parties, through their respective counsel, that the Early Neutral Evaluation Session currently scheduled for June 26, 2015 at 9:00 a.m. before Magistrate Judge George Foley, Jr. be continued to **Thursday, July 2, 2015 at 9:00 a.m**.   This stipulation is submitted and based upon the following:

1.  The currently scheduled date conflicts with Plaintiff's Counsel's longstanding plans to be at a Continuing Legal Education Conference in Atlanta, Georgia that day.

///

///

1

2. The Parties have agreed that the ENE Session can be rescheduled to July 2, 2015 at 9:00 a.m. and the date has been approved by Magistrate Judge Foley's Chambers.

| | |
|---|---|
| /s/ James P. Kemp | /s/ David B. Dornak |
| James P. Kemp, Esq. | Mark J. Ricciardi, Esq. |
| Nevada Bar No. 6375 | David B. Dornak, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | FISHER & PHILLIPS |
| 7435 West Azure Drive, Suite 110 | 3800 Howard Hughes Pkwy, Suite 950 |
| Las Vegas, NV 89130 | Las Vegas, NV 89169 |
| Attorney for Plaintiff | Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED**   The ENE statements are due on or before June 25, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
Dated: May 8, 2015